*missing last page of T+C*

## Credit Application

WaterFurnace International, Inc.                                260-478-5667 Office
9000 Conservation Way, Fort Wayne, IN 46809                     260-479-3278 Fax
                                                                800.783.5667

How Applied:  Phone ☐   In-Person ☐   Mail ☑

Spoke With _____ Taken By _____ Interviewed By _____

Line of Credit Requested $ _____   Present Balance $ _____

E-mail address _____   Web Site address _____

Tax Exempt Y or N _____   If Y please send tax blanket in with application.

Business Name _Vario Construction_ Phone (630) 834-9600 Fax (630) 833-4175

Address _207 S. Villa Av_   _Villa Pk_   _IL_   _60181_
         Street              City        State  Zip Code

Shipping Address _____ _____ _____ _____
                 Street          City          State          Zip Code

D/B/A _____   Federal Tax I.D. Number _36-377-6642_

Former Business Address (If Applicable) _____

Type of Business _Mechanical - Piping_ Date Established _19 89_ How Long In Business _16 yrs_

Does State, County or City require a license? ☑ Yes ☐ No   If yes, License # _78198 - Chicago_

OWNERSHIP:   ☐ Sole Owner   ☐ Partnership   ☑ Corporation

Principle: _Jeffrey Rio_  _Pres._  _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_   _____
           Name           Title    SSN#            Home Address

Principle: _James F. Rio_ _Vice Pres_ _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_ _1435 S. Villa Av_
           Name            Title       SSN#          Home Address

Principle: _____ _____ _____ _____
           Name            Title         SSN#          Home Address

Principle: _____ _____ _____ _____
           Name            Title         SSN#          Home Address

Trade References                          Name Suppliers of Major Products and Services
Name                                                  Address / Phone
_Davies Supply Co_ 773-637-7800    _6601 W. Grand Ave Chicago IL 60707_
_Conrock Engineering_ 630-469-7300 _299 Roosevelt Rd Glen Ellyn IL 60137_
_W.W. Grainger_ 877-222-2544        _5454 W Howard St. Niles IL 60714_
_HVAC Consultants_ 630-599-0118     _1900 S. Highland Lombard IL 60148_

Bank Reference:   ☑ Checking   ☐ Loan   ☑ Savings

_West Suburban Bank_  _711 S. Meyers_  _6960762_  _Mr. Schroeder_
Name                  Address          Account #  Contact

| Name | Address | Account # | Contact |
|------|---------|-----------|---------|

| Name | Address | Account # | Contact |
|------|---------|-----------|---------|

Terms and Conditions of Sale

| Name | Address | Account # | Contact |
|------|---------|-----------|---------|

Number of Employees: __20__   Est. Annual Sales $ __12M__   Sales Area __CHICAGO IL__

Has the firm or any of its Principals ever been bankrupt?   ☐ Yes   ☒ No

If yes, explain: _____

Mortgage Holder / Landlord _____ _N.A._ _____

Address _____   Phone ( )_____

OTHER BUSINESS DEBTS

| Name | Address | Balance Due |
|------|---------|-------------|
| Davis Supply | (1) | |
| Couture's D Engineering | Past | |
| W.W. Grainger | 60 | |

Person to Contact About Account: __Jeffery Rio__   __Pres.__
                                    Name              Title

Type of Credit Agreement

[blank box]

Applicant agrees to pay any collection costs incurred to collect the amount balance, including reasonable attorney's fees.

The undersigned Will/Will Not submit a financial statement.

The undersigned as an inducement to grant credit warrants that the information submitted is true and correct. You are authorized to investigate the credit references listed above.

_[signature]_  Title _Vice Pres_   Name _____   Title _____

_[signature]_  Title _Pres_        Name _____   Title _____



## PERSONAL GUARANTEE

In consideration of credit being extended by <u>WATERFURNACE INTERNATIONAL</u> to the above named applicant for merchandise to be purchased whether applicant be an individual(s), a proprietorship, a partnership, a corporation, or other entity, the undersigned guarantor(s) each hereby contract and guarantee to <u>WATERFURNACE INTERNATIONAL</u> the faithful payment, when due of all accounts of said applicant for purchases made within five years after the date of this application. The undersigned guarantor(s) each hereby expressly waive all notice of acceptance of this guarantee, notice of extension of credit to applicant, presentment, and demand for payment on applicant, protest and notice to undersigned guarantor(s) of dishonor or default by applicant or with respect to any security held by

X _(signature)_

extension of time of payment to applicant, acceptance of partial payment or partial compromise, all other notices to which the undersigned guarantor(s) might otherwise be entitled and demand for payment under this guarantee. Any revocation of this guarantee shall be in writing and delivered to <u>WATERFURNACE INTERNATIONAL</u>.

Print: James F Rio
Sign Here: _(signature)_

---

### CREDIT DEPARTMENT USE ONLY

Date Line of Credit approved _____

Date Line of Credit _____ _____

Comments _____

---

Post-it® Fax Note 7671 Date 9/25/06 # of pages 3
To: Waterfurnace    From: Jim Rio
Co./Dept.: Credit    Co.: Vario Const
Phone #:    Phone: 630 834 4600
Fax #: 800 743 5667    Fax #:



## TERMS AND CONDITIONS OF SALE

1. The following terms and conditions shall constitute the entire Agreement for the purchase and sale of the product(s) sold hereunder (the "Goods"). Any acceptance contained herein is expressly conditional upon Purchaser's assent to the terms printed on the front side of this document and printed herein which are different from, in addition to or at variance with the terms contained in Purchaser's purchase order or request for quotations. NO TERMS OR CONDITIONS CONTAINED IN PURCHASER'S PURCHASE ORDER OR REQUEST FOR QUOTATION WHICH ARE DIFFERENT FROM, IN ADDITION TO OR AT VARIANCE WITH WATERFURNACE INTERNATIONAL, INC.'S ("WaterFurnace") TERMS AND CONDITIONS SHALL BE BINDING UPON WATERFURNACE, AND WaterFurnace HEREBY OBJECTS HERETO.

2. This writing is intended by the parties as a final expression of their Agreement and as a complete and exclusive statement of the terms thereof. It is the intent of the parties to nullify the effects of any prior dealings in the construction and interpretation of this Agreement, and no course of such prior dealings shall be read into this Agreement for any purpose whatsoever.

3. Stated shipping dates, dates of delivery, and dates for performing labor, if any, are approximate, and are not a guarantee of any particular date of shipment, delivery or labor to be performed. WaterFurnace shall not be liable for any damages suffered by Purchaser or any retail, wholesale or other customer of Purchaser by reason of any delay in shipment, delivery or the performance of labor by WaterFurnace, if such delay in performance is due to government, whether state, federal or local, civil commotion or public strife, fire, flood, strike, delay or transportation or otherwise. In the event of such delay, WaterFurnace may, at its option, cancel this Agreement, or delay performance hereunder for any period necessary due to any of the foregoing causes. Should WaterFurnace decide to delay performance as provided herein, this Agreement shall remain in force and effect during the period of such delay, and WaterFurnace shall also have the right to prorate the quantity deliverable under this Agreement and the quantities deliverable under its contracts with other customers without liability to Purchaser for any failure of performance which may result therefrom. IN THE EVENT OF A DELAY OR FAILURE OF PERFORMANCE NOT EXCUSED UNDER THE FOREGOING, WATERFURNACE'S LIABILITY SHALL NOT EXCEED THAT PORTION OF THE INVOICE PRICE REPRESENTED BY THE QUANTITY OF GOODS DELAYED OR NOT SHIPPED.

4. WaterFurnace shall have the absolute right to cancel this Agreement upon breach thereof by Purchaser, upon Purchaser's failure to make any payment required by this Agreement, or upon the insolvency or bankruptcy of Purchaser.

5. Purchaser must make any rejection on receipt of goods. No non-conforming goods shall be taken back after being modified or otherwise made unsaleable. All non-conforming goods can only be returned with written authorization by WaterFurnace and the original invoice. If Purchaser wrongfully rejects the Goods or wrongfully repudiates a part of the whole Agreement, then with respect to any goods affects, WaterFurnace may recover damages for non-acceptance or repudiation. The measure of damages shall be the difference between the market price at the time and place for tender of the goods and the unpaid contract price, together with any incidental damages including, but not limited to, reasonable attorneys' fees incurred by WaterFurnace as a result of Purchaser's breach. The foregoing shall be in addition to, and not exclusive of, other remedies which WaterFurnace may have by law.

6. WaterFurnace shall have no liability whatsoever for damage, loss or deterioration of the Goods after delivery of the Goods to a common carrier, regardless of whether WaterFurnace charges Purchaser for freight. Purchaser acknowledges that all claims for losses caused by the carrier, including those for inconvenience, delay or expense, shall only be made against the carrier. In no event shall Purchaser deduct any amount for damage in transit from the amount due hereunder.

4

**Term and Conditions of Sale**

9. All applicable federal, state or local sales, use or excise taxes are the responsibility of Purchaser and shall be in addition to the price or prices stated on the front side of this document unless otherwise specifically stated. WaterFurnace shall have the right to invoice separately any such taxes, which may be imposed at a later time. Applicable tax exemption certificates must accompany any other to which the same applies.

10. Any notice or other communication required or permitted hereunder shall be sufficiently given if sent in writing by registered or certified mail, postage prepaid, to the other party hereto at its respective address first written above. Any such notice, if so mailed, shall be deemed to have been received upon the third business day following such mailing. Each party hereto may change its address for notice purposes by written notice to the other party.

11. All prices are subject to change without notice.

12. Payment terms shall be cash, net thirty (30) days. A service charge of one and one-half percent (1 ½%) per month eighteen percent (18%) annual rate will be charged on balances that remain unpaid after thirty (30) days as liquidated. Customer agrees to pay all costs and attorneys' fees incurred in collection of all past due invoices and accounts. Invoice(s) and statement(s) are provided as a courtesy and non-receipt of such is not acceptable cause for delayed payment.

13. All shipments shall be FOB point of shipment unless otherwise stated on WaterFurnace's acknowledgement of the purchase order or request for quotations.

14. Prior to the date of delivery of the Goods, Purchaser shall have the right to make changes in its order provided that WaterFurnace receives written notice of the desired changes and agrees to the changes and provided further that Purchaser accepts any additional charge therefore as determined by WaterFurnace. Changes which interfere with or alter WaterFurnace's production schedules, as determined by WaterFurnace, will not be acceptable unless the time for performance is extended for such period as is deemed necessary by WaterFurnace. Failures of WaterFurnace to accept Purchaser's request to change its purchase order shall not be cause for Purchaser's cancellation of its order except upon payment of a cancellation charge to be determined by WaterFurnace.

15. Purchaser warrants that the Goods are intended primarily for business uses and are not intended to be used for personal, family or household purposes and agree(s) not to use said purchases for such purpose.

16. WaterFurnace reserves the right to correct and is not bound to clerical or stenographic errors or omissions contained herein.

17. This Agreement represents the entire agreement of the parties and may be amended only by mutual agreement of the parties hereto by a written endorsement signed by each of them.

18. Any provision of this Agreement prohibited by law, invalidated by the enactment of any statute, ordinance or regulation, or declared unlawful by a court of competent jurisdiction, shall be ineffective only to the extent of such prohibition and shall not in any manner invalidate or effect the remaining provisions of this Agreement, such provisions being deemed severable.

19. This Agreement shall be governed by and construed in accordance with the internal laws of the State of Indiana without regard to its conflict of law provisions. The Federal and/or state courts situated in Allen County, Indiana shall have personal and subject matter jurisdiction over, and the parties each hereby submit to the venue of such courts with respect to any dispute arising pursuant to this Agreement, and all objections to such jurisdiction and venue are hereby waived. Purchaser consents to service of process as permitted under Indiana law.

20. (Optional: Add appropriate security interest/fixture filing provisions.)

Purchaser: [signature]
By: [signature]
Date: 10-6-06

WaterFurnace International, Inc.
By: _____
Date: _____

DWD/Credit Application updated 9/26/2006