# WaterFurnace

# Invoice

Customer Copy    Page: 1 of 1

9000 Conservation Way
Fort Wayne, IN 46809
Ph: (260) 478-5667
Fx: (260) 479-3278

| | | | | |
|---|---|---|---|---|
| P.O. Number: | 6065-2 | | Invoice Number: | 1118038 |
| Order Number: | 450389 | | Invoice Date: | 12-29-06 |
| Order Date: | 10-06-06 | | Terms: | 0.00/0/30 |

**Bill To:** 113411

VARIO CONSTRUCTION
207 S. VILLA AVE
VILLA PARK, IL 60181
US

**Ship To:**

HINES VA BLDG #215
ROOSEVELT & 5TH AVE
MAYWOOD, IL 60153
US

| Ship Date | Ship Via | Freight Terms | Resale Number | CSR | Sales Representative |
|---|---|---|---|---|---|
| 12-29-06 | FMS | ALLOW | | MARYB | DAVE BUSS |

| Qty Ordered | Quantity Shipped | Back Ordered | Part Number/Product Description | Unit Price | UOM | Extended Price | Disc. | Net Price |
|---|---|---|---|---|---|---|---|---|
| 25 | 25.00 | 0.00 | E024EL200NBD7DA<br>WK2262,WK2271,WK2270,WK2269<br>WK2263,WK2267,WK2268,WK2276<br>WK2273,WK2272,WK2275,WK2255<br>WK2274,WK2253,WK2254,WK2260<br>WK2252,WK2258,WK2266,WK2264<br>WK2265,WK2259,WK2257,WK2261<br>WK2256 | 7222.22 | EA | 45138.88<br>75.00 | 0 | 45138.88 |

**Remit To:**
WaterFurnace International, Inc
7265 RELIABLE PARKWAY
CHICAGO, IL 60686-0072

All Sales are subject to the WFI Industries 'Terms & Conditions' which are available at www.waterfurnace.com/terms.

**Comments:**
PLEASE PAY USING ENCLOSED ENVELOPE

PAY $47,960.06 BY 01-28-07
AMOUNT ENCLOSED $_____

| | |
|---|---|
| Sales Amount: | 45,138.88 |
| GST/HST: | |
| Freight: | 0.00 |
| Sales Tax: | 2,821.18 |
| Total: | $47,960.06 |

All prices are F.O.B. our plant of manufacture, unless otherwise noted. 1 1/2% per month service charge will be added on past due invoices.

**07 C 7256**    **JUDGE ANDERSEN**
**MAGISTRATE JUDGE BROWN**

# WaterFurnace

9000 Conservation Way
Fort Wayne, IN 46809
Ph: (260) 478-5667
Fx: (260) 479-3278

## Invoice

Customer Copy  Page: 1 of 1

| P.O. Number: |  | Invoice Number: | 1118513 |
|---|---|---|---|
| Order Number: | 461643 | Invoice Date: | 01-04-07 |
| Order Date: | 01-03-07 | Terms: | 2.00/10/30 |

**Bill To: 113411**

VARIO CONSTRUCTION
207 S. VILLA AVE
VILLA PARK, IL 60181
US

**Ship To:**

VARIO CONSTRUCTION
207 S. VILLA AVE
VILLA PARK, IL 60181
US

| Ship Date | Ship Via | Freight Terms | Resale Number | CSR | Sales Representative |
|---|---|---|---|---|---|
| 01-04-07 | FDX Ground | ADD |  | MARYB | DAVE BUSS |

| Qty Ordered | Quantity Shipped | Back Ordered | Part Number/Product Description | Unit Price | UOM | Extended Price | Disc. | Net Price |
|---|---|---|---|---|---|---|---|---|
| 2 | 2.00 | 0.00 | 17P516-11<br>DISPLAY LINK INTRFC CARD FX10 | 46.76 | EA | 97.52<br>0.00 | 0 | 97.52 |

**Remit To:**
WaterFurnace International, Inc
7265 RELIABLE PARKWAY
CHICAGO, IL 60686-0072

All Sales are subject to the WFI Industries 'Terms & Conditions' which are available at www.waterfurnace.com/terms.

**Comments:**
PLEASE PAY USING ENCLOSED ENVELOPE
PAY   $110.27 BY 01-14-07
PAY   $112.22 BY 02-03-07
AMOUNT ENCLOSED $_____

| | |
|---|---|
| Sales Amount: | 97.52 |
| GST/HST: | |
| Freight: | 8.60 |
| Sales Tax: | 6.10 |
| Total: | $112.22 |

All prices are F.O.B. our plant of manufacture, unless otherwise noted. 1 1/2% per month service charge will be added on past due invoices.

# Invoice

**WaterFurnace**
9000 Conservation Way
Fort Wayne, IN 46809
Ph: (260) 478-5667
Fx: (260) 479-3278

Customer Copy    Page: 1 of 1

| P.O. Number: | 6065-2 | Invoice Number: | 1119096 |
|---|---|---|---|
| Order Number: | 458567 | Invoice Date: | 01-09-07 |
| Order Date: | 12-08-06 | Terms: | 2.00/10/30 |

**Bill To:** 113411

VARIO CONSTRUCTION
207 S. VILLA AVE
VILLA PARK, IL 60181
US

**Ship To:**

HINES VA BLDG #215
ROOSEVELT & 5TH AVE
MAYWOOD, IL 60153
US

| Ship Date | Ship Via | Freight Terms | Resale Number | CSR | Sales Representative |
|---|---|---|---|---|---|
| 01-09-07 | FDX Ground | ALLOW | | MARYB | DAVE BUSS |

| Qty Ordered | Quantity Shipped | Back Ordered | Part Number/Product Description | Unit Price | UOM | Extended Price | Disc. | Net Price |
|---|---|---|---|---|---|---|---|---|
| 128 | 60.00 | 0.00 | TAXXJ02<br>ZONE SENSOR FX10 | 105.00<br>75.00 | EA | 3360.00 | 0 | 1575.00 |

**Remit To:**
WaterFurnace International, Inc
7265 RELIABLE PARKWAY
CHICAGO, IL 60686-0072

All Sales are subject to the WFI Industries 'Terms & Conditions' which are available at www.waterfurnace.com/terms.

**Comments:**
PLEASE PAY USING ENCLOSED ENVELOPE
PAY $1,641.94 BY 01-19-07
PAY $1,673.44 BY 02-08-07
AMOUNT ENCLOSED $_____

| Sales Amount: | 1,575.00 |
|---|---|
| GST/HST: | |
| Freight: | 0.00 |
| Sales Tax: | 98.44 |
| Total: | $1,673.44 |

All prices are F.O.B. our plant of manufacture, unless otherwise noted. 1 1/2% per month service charge will be added on past due invoices.

# Invoice

**WaterFurnace**
9000 Conservation Way
Fort Wayne, IN 46809
Ph: (260) 478-5667
Fx: (260) 479-3278

Customer Copy    Page: 1 of 1

| P.O. Number: | | Invoice Number: | 1124797 |
|---|---|---|---|
| Order Number: | 467238 | Invoice Date: | 02-15-07 |
| Order Date: | 02-13-07 | Terms: | 2.00/10/30 |

**Bill To:** 113411

VARIO CONSTRUCTION
207 S. VILLA AVE
VILLA PARK, IL 60181
US

**Ship To:**

VARIO CONSTRUCTION
207 S. VILLA AVE
VILLA PARK, IL 60181
US

| Ship Date | Ship Via | Freight Terms | Resale Number | CSR | Sales Representative |
|---|---|---|---|---|---|
| 02-15-07 | FDX Ground | ADD | | MARYB | DAVE BUSS |

| Qty Ordered | Quantity Shipped | Back Ordered | Part Number/Product Description | Unit Price | UOM | Extended Price | Disc. | Net Price |
|---|---|---|---|---|---|---|---|---|
| 10 | 10.00 | 0.00 | IM2502<br>INSTL MANL E-SERIES | 0.65 | EA | 6.50<br>0.00 | 0 | 0.00 |
| 10 | 10.00 | 0.00 | IM2600<br>INSTL MANL 3/4-6 TON VERSATEC | 0.55 | EA | 5.50<br>0.00 | 0 | 0.00 |

**Remit To:**
WaterFurnace International, Inc
7265 RELIABLE PARKWAY
CHICAGO, IL 60686-0072

All Sales are subject to the WFI Industries 'Terms & Conditions' which are available at www.waterfurnace.com/terms.

**Comments:**
PLEASE PAY USING ENCLOSED ENVELOPE
PAY    $8.82 BY 02-25-07
PAY    $8.82 BY 03-17-07
AMOUNT ENCLOSED $_____

| Sales Amount: | 0.00 |
|---|---|
| GST/HST: | |
| Freight: | 8.82 |
| Sales Tax: | 0.00 |
| Total: | $8.82 |

All prices are F.O.B. our plant of manufacture, unless otherwise noted. 1 1/2% per month service charge will be added on past due invoices.