**07 C 7256**

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE BROWN**

# STATEMENT

**WaterFurnace**
INTERNATIONAL, INC.
9000 Conservation Way
Fort Wayne, Indiana 46809
(260) 478-5667

VARIO CONSTRUCTION
207 S. VILLA AVE
VILLA PARK, IL 60181
US

| STATEMENT DATE | ACCOUNT NO. |
|---|---|
| 10-30-07 | 113411 |

ITEMS AFTER THIS DATE WILL APPEAR ON YOUR NEXT STATEMENT

PLEASE REFER TO THIS ACCOUNT NO. WHEN MAKING INQUIRIES

| REFERENCE | DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|
| 1118038 | 12-29-06 | Debit Invoice | 47960.06 | 47960.06 |
| 1118038 | 01-03-07 | Payment (95382) | -2821.18 | 45138.88 |
| 1118038 | 04-26-07 | Payment (99879) | -2862.31 | 42276.57 |
| 1118513 | 01-04-07 | Debit Invoice | 112.22 | 42388.79 |
| 1119096 | 01-09-07 | Debit Invoice | 1673.44 | 44062.23 |
| 1124797 | 02-15-07 | Debit Invoice | 8.82 | 44071.05 |

| | CURRENT | 30-DAYS | 60-DAYS | 90-DAYS | |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 44071.05 | Please Pay: $ 44071.05 |

AJ-ADJUSTMENT    DR-DEBIT MEMO
CI-CREDIT INVOICE  DP-DEPOSIT ON ACCOUNT
CM-CREDIT MEMO    DT-DISCOUNT TAKEN
DB-CHARGE BACK    F-FINANCE CHARGE
DI-DEBIT INVOICE  P-PAYMENT

CUSTOMER COPY

---

REMITTANCE ADVICE
Lockbox Address:
7265 Reliable Parkway
Chicago, IL 60686

TO ENSURE PROPER CREDIT PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

CHECK THOSE ITEMS IN THE 'Chk' COLUMN BEING PAID

VARIO CONSTRUCTION

| STATEMENT DATE | ACCOUNT NO. |
|---|---|
| 10-30-07 | 113411 |

| REFERENCE | CODE | AMOUNT |
|---|---|---|
| 1118038 | DI | 47960.06 |
| 1118038 | P | -2821.18 |
| 1118038 | P | -2862.31 |
| 1118513 | DI | 112.22 |
| 1119096 | DI | 1673.44 |
| 1124797 | DI | 8.82 |

| TOTAL | $ 44071.05 |
|---|---|

PAGE 02

11/06/2007 10:56   2604793278   WATERFURNACE