AEE

**FILED**
**DECEMBER 27, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 7256**

| | |
|---|---|
| In the Matter of<br>UNITED STATES OF AMERICA for the use of<br>WATERFURNACE INTERNATIONAL, INC.,<br>v.<br>VARIO CONSTRUCTION COMPANY, INC., CHARPIE<br>CONSTRUCTION CO., INC., et al. | Case Number:<br><br>**JUDGE ANDERSEN**<br>**MAGISTRATE JUDGE BROWN** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff UNITED STATES OF AMERICA for the use of WATERFURNACE INTERNATIONAL, INC.

| |
|---|
| NAME (Type or print)<br>Richard T. Niemerg |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Richard T. Niemerg |
| FIRM<br>Rohlfing & Oberholtzer |
| STREET ADDRESS<br>211 West Wacker Drive, Suite 1200 |
| CITY/STATE/ZIP<br>Chicago / Illinois / 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6278137 | TELEPHONE NUMBER<br>(312) 923-7100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |