United States District Court

Northern District of Illinois

CASE NAME.: United States of America for the use of Waterfurnace International, Inc., Division of Insurance vs. Vario Construction Company, Inc., et al

CASE NUMBER: 07 C 7256

## AFFIDAVIT OF PROCESS SERVER

I, **Steve Serafin**, being duly sworn on oath, deposes and states as follows:

1. I am an agent of Elite Process Service & Investigations, Inc. with its principal place of business located in Plainfield, Illinois 60585. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117-001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons in a Civil Case and Complaint For Breach of Contract and Claim Under the Miller Act** in the above captioned matter on **James F. Rio** at his/her usual place of abode located at **309 Linden Street, Glen Ellyn, IL 60137** by serving **Claudia Rio, his wife**, an occupant of the premises and/or a person of the family of the age of 13 years or older and informing this person of the contents thereof on **01/19/2008** at **10:00 AM**. I further mailed a copy of each in a sealed envelope with postage prepaid addressed to **James F. Rio** at the address listed above on **01/21/2008**.
Description: **Sex: Female – Age: 30+ – Skin: White – Hair: Brown – Height: 5.2 – Weight: 130**

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X _____
Steve Serafin

Subscribed and Sworn to before me on this _____ day of January, 2____

Melanie Broderick
Notary Public, State of Illinois
My Commission Exp. 03/02/2009
"OFFICIAL SEAL"

10282