United States District Court

Northern District of Illinois

CASE NAME.: United States of America for the use of Waterfurnace International, Inc., Division of Insurance vs. Vario Construction Company, Inc., et al

CASE NUMBER: 07 C 7256

## AFFIDAVIT OF PROCESS SERVER

I, **Steve Serafin**, being duly sworn on oath, deposes and states as follows:

1. I am an agent of Elite Process Service & Investigations, Inc. with its principal place of business located in Plainfield, Illinois 60585. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117-001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons in a Civil Case and Complaint For Breach of Contract and Claim Under the Miller Act** in the above captioned matter on **Vario Construction Company, Inc. c/o its Registered Agent John E. Partelow** at his/her usual place of abode located at **555 West Jackson Suite 700, Chicago, IL 60607** on **01/20/2008** at **11:30 AM**. Description: **Sex: Male – Age: 55+ – Skin: White – Hair: Gray – Height: 5.6 – Weight: 170**

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X _____
Steve Serafin

Subscribed and Sworn to before me on this ____ day of _____, 20__

_____ Notary Public

"OFFICIAL SEAL"
Melanie Broderick
Notary Public, State of Illinois
My Commission Exp. 03/02/2009

10283