United States District Court

Northern District of Illinois

CASE NAME.: United States of America for the use of Waterfurnace International, Inc., Division of Insurance vs. Vario Construction Company, Inc., et al

CASE NUMBER: 07 C 7256

## AFFIDAVIT OF PROCESS SERVER

I, **Steve Serafin**, being duly sworn on oath, deposes and states as follows:

1. I am an agent of Elite Process Service & Investigations, Inc. with its principal place of business located in Plainfield, Illinois 60585. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117-001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons in a Civil Case and Complaint For Breach of Contract and Claim Under the Miller Act** in the above captioned matter on **Charpie Construcion, Inc. c/o its Registered Agent Loni Erhard** at his/her place of business located at **6615 North Avondale Avenue, Chicago, IL 60631** on **01/20/2008** at **10:30 AM**. Description: **Sex: Female – Age: 55+ – Skin: White – Hair: Black – Height: 5.4 – Weight: 130**

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X_____
Steve Serafin

Subscribed and Sworn to before me on this ____ day of _____, 20__

_____ Notary Public