Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 7 C 7256 | **DATE** | 2/21/2008 |
| **CASE TITLE** | United States of America vs. Vario Construction Company, Inc. Et al | | |

**DOCKET ENTRY TEXT**

Plaintiff voluntarily dismisses its complaint as to defendants Vario Construction Company, Inc. an Illinois corporation and Charpie Construction Co., Inc., an Illinois corporation, with each party to bear their own costs.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | TSA |
|---|---|---|