IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of WATERFURNACE INTERNATIONAL, INC., an Indiana corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>VARIO CONSTRUCTION COMPANY, INC., an Illinois corporation, CHARPIE CONSTRUCTION CO., INC. an Illinois corporation and TRAVELERS CAS. & SURETY CO. OF AMERICA, a Maryland corporation, and JAMES F. RIO, individually,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No: 07 C 7256<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## WATERFURNACE INTERNATIONAL, INC.'S VOLUNTARY MOTION TO DISMISS ITS COMPLAINT FOR BREACH OF CONTRACT AND MILLER ACT CLAIM

This cause coming to be heard on Plaintiff's Voluntary Motion to Dismiss its Complaint, and the Court being duly advised in the premises that a settlement has been reached between WATERFURNACE INTERNATIONAL, INC., VARIO CONSTRUCTION COMPANY, INC., and CHARPIE CONSTRUCTION CO., INC., resolving all of the Counts in WATERFURNACE INTERNATIONAL, INC.'S complaint;

IT IS HEREBY ORDERED that WATERFURNACE INTERNATIONAL, INC.'S Complaint is dismissed with each party to bear their own costs.

ENTERED: _____, 2008

BY: __February 21, 2008__

**This Order was prepared by:**
Richard T. Niemerg (Atty. No.: 6278137)
ROHLFING & OBERHOLTZER
211 West Wacker Drive, Suite 1200
Chicago, Illinois 60606
(312) 923-7100