# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Waterfurnace International, Inc.

                                  Plaintiff,

v.                                                Case No.: 1:07−cv−07256

                                                      Honorable Wayne R. Andersen

Travelers Cas & Surety Co. of America, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 25, 2008:

      MINUTE entry before Judge Wayne R. Andersen :Document entry [12] is amended to reflect that this case is hereby terminated as to all parties. Civil case terminated. Mailed/Telephoned notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.